# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 3/9/07

Case No.   C-03-3709. E SI          Judge:  SUSAN ILLSTON

Title: CROSSEN -v- CV THERAPEUTIC

Attorneys: Friedman, Kathrein, Bull, Tang,

Deputy Clerk:  Tracy Sutton   Court Reporter: D. Pas

**PROCEEDINGS**

1) Final Hearing to approve Settlement & for Attorneys' Fees - HELD

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  (X) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   (X) SUBMITTED
(motion for atty fees)                                          PART

Case continued to

Case continued to

Case continued to  for Pretrial Conference

Case continued to  for Trial (:  Days)

ORDERED AFTER HEARING: