UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION | ) ) ) | No. C-03-3709-SI |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |
| ALL ACTIONS. | ) ) | |
| | | DATE: March 9, 2007<br>TIME: 9:00 a.m.<br>COURTROOM: The Honorable Susan Illston |

1  THIS MATTER having come before the Court on Lead Plaintiff's application for approval of
2  the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having
3  considered all papers filed and proceedings had herein and otherwise being fully informed in the
4  premises;

5  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

6  1. For purposes of this Order, the terms used herein shall have the same meanings as set
7  forth in the Stipulation of Settlement dated as of October 16, 2006 (the "Stipulation").

8  2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil
9  Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all
10 Persons and entities who are Class Members advising them of the Plan of Allocation and of their
11 right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who
12 are Class Members to be heard with respect to the Plan of Allocation.

13 3. The Court hereby finds and concludes that the formula for the calculation of the
14 claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed
15 Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable
16 basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation
17 among Class Members, with due consideration having been given to administrative convenience and
18 necessity.

4.  The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: ___3/9/07_____  _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Submitted by,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT
SYLVIA WAHBA KELLER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
JOY ANN BULL

       s/ Joy Ann Bull
       JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Counsel for Lead Plaintiff and the Class

S:\Settlement\CV Therapeutics.set\ORD ALLOCATION 00039515.doc

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS –
C-03-3709-SI - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper on March 2, 2007 via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

    s/ Joy Ann Bull
JOY ANN BULL

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: Joyb@lerachlaw.com

# Mailing Information for a Case 3:03-cv-03709-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth Aida Acevedo**
  eacevedo@kellergrover.com

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Paul H. Dawes**
  paul.dawes@lw.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com

- **Sean M. Handler, Esq**
  ecf_filings@sbtklaw.com der_filings@sbtklaw.com.com

- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Michele D. Johnson**
  Michele.Johnson@lw.com Beverly.Wilkinson@lw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Darren J. Robbins**

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Peter Todd Snow**
  peter.snow@lw.com carmela.ene@lw.com

- **John C. Tang**
  john.tang@lw.com kerry.markus@lw.com

- **Sylvia Wahba**
  sylviaw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)